[No. 21068-5-III. Division Three. December 23, 2004.]

*In the Matter of the Personal Restraint of* CARL L. FORD, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21567-9-III. Division Three. December 23, 2004.]

*In the Matter of the Personal Restraint of* MICHAEL RAY O'NEIL, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21569-5-III. Division Three. December 23, 2004.]

*In the Matter of the Personal Restraint of* GLEN ALAN LANGFORD, SR., *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21975-5-III. Division Three. December 23, 2004.]

*In the Matter of the Personal Restraint of* NELSON RICARDO OSORIO, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 22456-2-III. Division Three. December 23, 2004.]

*In the Matter of the Personal Restraint of* JAMES R. ROBERTS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.